Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FAHMI YAHYA ABDULLA MURSHED, as Trustee of THE FAHMI YAHYA ABDULLA MURSHED LIVING TRUST, U/A dated October 8, 2021, and dba AMIGOS MARKET;<br><br>　　　　Defendant. | No. 1:23-cv-00059-JLT-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT;** [PROPOSED] **ORDER** |

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for April 13, 2023 (Dkt. 3);

**WHEREAS,** Plaintiff Hendrik Block ("Plaintiff") and Defendant Fahmi Yahya Abdulla Murshed, as Trustee of the Fahmi Yahya Abdulla Murshed Living Trust, U/A dated October 8, 2021, and dba Amigos Market ("Defendant," and together with Plaintiff, "the Parties"), the parties to this action, have been engaged in settlement discussions, and the

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND
EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER

Page 1

1 Parties are hopeful that the matter can be resolved without the need to burden the Court with a
2 scheduling conference;

3       **WHEREAS,** the Parties wish to conserve their resources so they can focus on
4 settlement, and to conserve the Court's time and resources, by postponing the Mandatory
5 Scheduling Conference to allow for further settlement negotiations;

6       **WHEREAS,** pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 144(a),
7 Defendant may have to and including May 1, 2023, to file a responsive pleading in this matter;

8       **NOW, THEREFORE,** it is hereby stipulated by and between the Parties, by and
9 through their counsel of record, that the Mandatory Scheduling Conference set for April 13,
10 2023 be continued to a date on or after May 24, 2023, at the Court's convenience, and
11 Defendant may have to and including May 1, 2023 to file a responsive pleading.

13       **IT IS SO STIPULATED.**

15 Dated: April 11, 2023        MOORE LAW FIRM, P.C.

16
       */s/ Tanya E. Moore*
17        Tanya E. Moore
       Attorney for Plaintiff,
18        Hendrik Block

21 Dated: April 11, 2023        WANGER JONES HELSLEY PC

22
       */s/ Michael S. Helsley*
23        Michael S. Helsley
       Attorneys for Defendant,
24        Fahmi Yahya Abdulla Murshed, as Trustee
       of the Fahmi Yahya Abdulla Murshed
25        Living Trust, U/A dated October 8, 2021,
       and dba Amigos Market
26 ///
27
28 ///

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND
EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER

Page 2

**ORDER**

The Parties having so stipulated and good cause appearing, it is ordered as follows:

1. The Mandatory Scheduling Conference currently scheduled for April 13, 2023, is continued to **June 1, 2023 at 10:00 AM in Courtroom 8 (BAM) before United States Magistrate Judge Barbara A. McAuliffe**.

2. The parties shall file a joint scheduling report seven days prior to the conference.

3. Defendant Fahmi Yahya Abdulla Murshed, as Trustee of the Fahmi Yahya Abdulla Murshed Living Trust, U/A dated October 8, 2021, and dba Amigos Market, may have to and including **May 1, 2023**, to file a responsive pleading.

IT IS SO ORDERED.

Dated:  **April 12, 2023**                              /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

Page 3